# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NAPO PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-1542 (RJL) |
| ) | |
| v. ) | ECF |
| ) | |
| HON. DAVID J. KAPPOS,[1] ) | |
| Under Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT AND JOINT MOTION TO LIFT STAY AND REMAND

Plaintiff, Napo Pharmaceuticals, Inc. ("Napo"), and Defendant, the Honorable David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), by and through undersigned counsel, jointly move the Court to lift the stay entered in this case on January 8, 2009 and remand the case to the USPTO for further proceedings. The parties also respectfully request that the Court accept this joint motion as the parties' joint status report required by the Court's Minute Order dated April 16, 2010. The parties submit a proposed Order consistent with the relief requested in this joint motion. In further support of this motion, the parties state the following:

1.  This action challenges a patent-term adjustment decision made by the USPTO. On January 7, 2010, the United States Court of Appeals for the Federal Circuit upheld the decision in Wyeth v. Dudas, 580 F. Supp. 2d 138 (D.D.C. 2008), holding that plaintiffs Wyeth and Elan Pharma

---

[1] Hon. David J. Kappos is automatically substituted for former Under Secretary and Director Hon. Jon W. Dudas. See Fed. R. Civ. P. 25(d).

were entitled to additional patent-term adjustments under 35 U.S.C. § 154(b) due to the USPTO's delay in prosecuting their patent applications. See Wyeth v. Kappos, 591 F.3d 1364 (Fed. Cir. 2010). Both the USPTO and the Department of Justice have decided not to seek further review of the Federal Circuit's decision and on March 1, 2010, the Federal Circuit issued the mandate in Wyeth.

2.   On February 1, 2010, the USPTO published a notice in the Federal Register entitled, "Interim Procedure for Patentees To Request a Recalculation of the Patent Term Adjustment To Comply With the Federal Circuit Decision in Wyeth v. Kappos Regarding the Overlapping Delay Provision of 35 U.S.C. 154(b)(2)(A)." 75 Fed. Reg. 5043-01, 2010 WL 334297 (F.R.). Thus, the USPTO now provides a procedure for recalculating a patent-term adjustment in view of the Wyeth decision. This procedure will also be applied to patentees, such as Napo, who filed a civil action in the District Court for the District of Columbia within 180 days after the grant of the patent, pursuant to 35 U.S.C. § 154(b)(4)(A).

3.   Because the only relief Napo seeks in this action involves a recalculation of a patent-term adjustment under 35 U.S.C. § 154(b)(2)(A)—the very issue recently decided by the Federal Circuit—the parties agree that the Court should lift the stay, vacate the patent-term calculation determined by the USPTO, and remand the case for recalculation and adjustment of Napo's patent term in accordance with Wyeth, and consistent with the USPTO's published interim procedure for such calculations.[2] In addition, the parties request that the Court retain jurisdiction over this matter while it is on remand to the USPTO and further order that defendant shall file a notice with the Court within 14 days after the recalculation under Wyeth and that Napo may move this Court to re-open

---

[2] Section 154(b)(4)(A) provides that "Chapter 7 of title 5 [or 5 U.S.C. §§ 701-706, the judicial review provisions of the Administrative Procedure Act] shall apply to such actions." 35 U.S.C. § 154(b)(4)(A).

these proceedings within thirty (30) days after the filing of the notice if any outstanding issues remain in the lawsuit.

Respectfully submitted,

| | |
|---|---|
|   /s/<br>BRIAN M. GAFF (Bar No. TX0049)<br>Partner<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>(617) 239-0100<br>(617) 227-4420 (fax)<br>bgaff@eapdlaw.com<br><br>(Attorney for NAPO Pharmaceuticals, Inc.) | RONALD C. MACHEN JR, D.C. Bar # 447889<br>United States Attorney for the District of Columbia<br><br>RUDOLPH CONTRERAS, D.C. Bar # 434122<br>Chief, Civil Division<br><br>By:   /s/<br>JOHN G. INTERRANTE<br>PA Bar # 61373<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W., Room E-4806<br>Washington, D.C. 20530<br>(202) 514-7220<br>(202) 514-8780 (fax)<br>John.Interrante@usdoj.gov<br><br>Of counsel:<br><br>Benjamin Wood, Associate Solicitor<br>Office of Solicitor<br>United States Patent and Trade Office |