AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Columbia__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>08cv1542 | DATE FILED<br>9/5/2008 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| **PLAINTIFF**<br>NAPO PHARMACEUTICALS, INC.<br>250 E. Grand Avenue, Suite 90 South<br>San Francisco, CA 94080-4824 | | **DEFENDANT**<br>JON W. DUDAS<br>P.O. Box 15667<br>Arlington, VA 22215 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,341,744 | 3/11/2008 | NAPO PHARMACEUTICALS, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

05/19/2010 ORDER, Upon consideration of the Parties' Joint Status Report and Joint Motion to Lift Stay and Remand, the supporting memorandum of law, and the entire record herein, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the plaintiffs' existing patent-term calculation is hereby VACATED; It is further ORDERED that this matter is REMANDED to the United States Patent and Trademark Office ("USPTO") for recalculation and adjustment of the disputed patent term in accordance with the decision of the United States Court of Appeals for the Federal Circuit in Wyeth v. Kappos, 591 F.3d 1364 (Fed. Cir. 2010), and consistent with USPTO's published interim procedure for such calculations; It is further ORDERED that the Court shall retain jurisdiction over this matter. the case shall be administratively closed pending further order of the Court. It is further ORDERED that the USPTO shall file a notice with the Court within 14 days after recalculation under Wyeth and plaintff may move this Court to re-open these proceedings within thirty (30) days after filing of the notice if any outstanding issues remain in the lawsuit. It is SO ORDERED this 18th day of May, 2010. Signed by Judge Richard J. Leon on 5/18/10. (see order.) (kc ) (Entered: 05/19/2010)

| CLERK<br>Angela D. Caesar | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>5/21/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy